JS-6

**FILED**
NOV 30 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| R.N. VERMILLION,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT M. LUMAN, et al.,<br><br>    Defendants. | Case No. CV 09-9371-JFW (MLGx)<br><br>JUDGMENT |

IT IS ADJUDGED that the complaint herein is dismissed with prejudice.

Dated: November 30, 2010

_____
John F. Walter
United States District Judge